# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE COLON, | |
| Plaintiff, | No. 3:12-CV-0834 |
| v. | (JUDGE CAPUTO) |
| LT. T. FRONTINO, and FEDERAL BUREAU OF PRISONS, | (MAGISTRATE JUDGE MANNION) |
| Defendants | |

## ORDER

**NOW** this _11th_ day of June 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

(3) All pending motions are considered **MOOT**.

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge